

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00611-CV

**INTEREST OF L.J.L.** and J.W.L., Minor Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we SET ASIDE the trial court's November 20, 2020 judgment and REMAND the case to the trial court for rendition of judgment in accordance with the parties' agreement. We VACATE and WITHDRAW our June 29, 2022 judgment and opinion with concurrence, and we DISMISS this appeal. Costs are taxed against the party that incurred them.

We direct the clerk of this court to issue the mandate immediately.

SIGNED August 31, 2022.

_____
Patricia O. Alvarez, Justice